FILED

2011 OCT -5 PM 12: 19

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2011 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 11- **CR 11 00949** |
| Plaintiff, ) | I N D I C T M E N T |
| v.  ) | [8 U.S.C. §§ 1324(a)(1)(A)(iii), |
| ) | (a)(1)(B)(ii): Harboring and |
| JOSE DANILO AVELENDA, ) | Concealing an Illegal Alien; |
| ) | 8 U.S.C. §§ 1324(a)(1)(A)(iv), |
| Defendant. ) | (a)(1)(B)(ii): Encouraging |
| ) | Illegal Entry of Alien] |
| ) | |

The Grand Jury charges:

COUNT ONE

[8 U.S.C. §§ 1324(a)(1)(A)(iii), (a)(1)(B)(ii)]

Beginning on an unknown date and continuing to on or about September 19, 2011, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOSE DANILO AVELENDA, knowing and in reckless disregard of the fact that alien E.C. had come to, entered, and remained in the United States in violation of law, knowingly concealed, harbored, and shielded E.C. from detection by immigration authorities within the United States, in furtherance of such violation of law.

COUNT TWO

[8 U.S.C. §§ 1324(a)(1)(A)(iv), (a)(1)(B)(ii)]

Beginning on an unknown date and continuing to on or about September 19, 2011, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOSE DANILO AVELENDA knowingly encouraged and induced alien E.C. to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence was in violation of law.

A TRUE BILL

/S/
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

ELIZABETH R. YANG
Assistant United States Attorney
Chief, Violent and Organized Crime Section

CHRISTOPHER BRUNWIN
Assistant United States Attorney
Deputy Chief, Violent and Organized Crime Section

JEFF MITCHELL
Assistant United States Attorney
Violent and Organized Crime Section